Court of Appeal, Fourth Circuit, Parish of Orleans. 212 So.2d 265.

Writ refused. On the facts found by the Court of Appeal, we find no error of law in its judgment.

214 So.2d 717

**Willie T. FRAZIER**

v.

**The EMPLOYERS' LIABILITY ASSURANCE CORPORATION, LTD., et al.**

No. 49444.

Oct. 25, 1968.

In re: The Employers' Liability Assurance Corporation, Ltd., and New Hampshire Insurance Company of Manchester, New Hampshire applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of St. Helena. 211 So.2d 379.

Writ refused. On the facts found by the Court of Appeal we find no error of law in its judgment.